UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YUE ZHAO,                      Case No. 1:24-cv-420
    Plaintiff,                    McFarland, J.
                                  Litkovitz, M.J.
    v.

PIMLICO GROUP, LLC, *et al.*,          **ORDER TO SHOW CAUSE**
    Defendants.

On September 28, 2024, the Court issued a Notice advising plaintiff that a motion to dismiss had been filed. (Doc. 9). Then, on October 22, 2024, the Court issued an Order directing plaintiff to show cause why the case should not be dismissed for lack of prosecution. (Doc. 10).[1] Finally, on January 10, 2025, the Court issued an Order referring this case to the undersigned magistrate judge. (Doc. 13). The notice and orders have been returned with the notation: "vacant – unable to forward." (Docs. 14 and 15).

A pro se litigant has an affirmative duty to diligently pursue the prosecution of her cause of action, *see Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991), as well as a duty to supply the Court with notice of any and all changes in her address. *See Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) (citing *Pena v. Seguros La Commercial, S.A.*, 770 F.2d 811, 815 (9th Cir. 1985)). District courts have the power to dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962). *See also Jourdan*, 951 F.2d at 109. By failing to notify the Court of her current address, plaintiff is failing to diligently pursue the prosecution of her action.

---

[1] Plaintiff did not respond to the show cause order as directed, but instead filed a response to the motion to dismiss. (Doc. 11).

Plaintiff is therefore **ORDERED** to **SHOW CAUSE** within **fifteen (15)** days of the date of this Order why this case should not be **DISMISSED**, with prejudice, for want of prosecution. If plaintiff fails to respond to this Order within such time, the Court may recommend to the District Judge that this case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.  See *Jourdan*, 951 F.2d at 109-10.

**IT IS SO ORDERED**.

Date: 3/6/2025

Karen L. Litkovitz
United States Magistrate Judge